

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE          MDL  NO. 1371 and
LITIGATION                                  consolidated MDLs

                                            5:04cv55

    ELDORA BURKES                          CIVIL ACTION 04-2262

        v.

    LIFE INSURANCE COMPANY OF GEORGIA      SECTION "F"


                            ORDER

    All proceedings that can be conducted for Civil Action Number

04-2262 have been conducted.  Accordingly, IT IS ORDERED: that Civil

Action Number 04-2262 be returned to the transferor court for any

further proceedings.



            New Orleans, Louisiana, June 27, 2007.

                    _____
                    MARTIN L. C. FELDMAN
                    UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY

JUN 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.